THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16688
Salt Lake City, UT 84116
Telephone: (801) 997-0442
Email: James.Ord@TheOrdFirm.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>        Plaintiff,<br><br>v.<br><br>EastBay Hospitality Group<br>*d.b.a.* Fairfield Inn LLC and Suites of Provo,<br><br>        Defendant. | Case No.: 2:18-cv-00677-DB-DBP<br><br>**NOTICE OF SETTLEMENT AND MOTION TO STAY**<br><br>Assigned to: Judge Dee Benson<br>Referred to: Magistrate Judge Dustin B. Pead |

Plaintiff, Trevor Kelley by and through undersigned counsel, hereby submit this Unopposed Notice of Settlement and states as follows:

The Parties are in the final stages of settlement negotiations and are currently finalizing a settlement agreement (the "Agreement") signed by all Parties. Although, the Agreement calls for performance that is set to take place within ten (10) business days of the final execution of the Agreement in which such performance must completed before the Parties can seek dismissal of this Action.

/ / /

WHEREFORE, Plaintiff respectfully request that the Court stay all deadlines in this case for thirty (30) days, by which time the parties expect to seek dismissal of this Action.

**RESPECTFULLY** submitted on this 22nd day of January 2019.

>  _/s/ James K. Ord, III_
> JAMES K. ORD, III, ESQ.
> P.O. Box 16688
> Salt Lake City, UT 84116
> Telephone: (801) 997-0442
> Email: James.Ord@TheOrdFirm.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of January 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Hutch U. Fale
AVERY BURDSAL & FALE
1979 N 1120 W
PROVO, UT 84604
(801)788-4122
Email: huf@abflegal.com
*Attorney for Defendant*

*/s/ Lisa Deaver\**
(\* *I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*