# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>        Plaintiff,<br><br>v.<br><br>EASTBAY HOSPITALITY GROUP<br>*d.b.a* FAIRFIELD INN, LLC & SUITES OF PROVO,<br><br>        Defendant. | Case No. 2:18-cv-00677-DB-DBP<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to: Judge Dee Benson<br>Referred to: Magistrate Judge Dustin B. Pead |

This Matter, having come before the Court on the Parties Stipulation for Dismissal with Prejudice, and good cause appearing therefrom,

**IT IS HEREBY ORDERED;** this Matter is hereby DISMISSED with prejudice, with each party to bear its own attorney's fees' and costs.

SO ORDERED this 19th day of February, 2019.

                              BY THE COURT:

                              */s/ Dee Benson*
                              _____

                              HONORABLE DEE V. BENSON
                              United States District Judge